# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS BAUTISTA VELASCO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No.  1:20-cv-01022-BAM<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. No. 2) |

On July 23, 2020, Plaintiff Jose de Jesus Bautista Velasco ("Plaintiff"), proceeding through counsel, filed the complaint in this action.[1] (Doc. No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. No. 2).  On July 27, 2020, the Court ordered Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 because Plaintiff's application demonstrated that he may be receiving income well above the poverty threshold and the information was insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. (Doc. No. 4.) On August 14, 2020, Plaintiff paid the $400.00 filing fee in full.

Accordingly, Plaintiff's pending application to proceed *in forma pauperis* (Doc. No. 2) is DENIED as moot.

IT IS SO ORDERED.

　　Dated:   **August 17, 2020**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to General Order Number 615, this action is currently stayed pending further order of the Court. (Doc. No. 3.)

1