JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS BAUTISTA VELASCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:20-cv-01022-DAD-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 5, 2025 to June 4, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 5, 2025 and May 12, 2025 Plaintiff's Counsel has seven merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 5, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: May 5, 2025    MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By: *\*/s/ Daniel P. Talbert*
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on May 5, 2025)

# ORDER

By the instant stipulation, Plaintiff requests a 30-day extension of time to file objections to the pending Findings and Recommendations. The Court does not find good cause supporting a 30-day extension of time.

Plaintiff's request for a court-approved extension is brought on the required filing date for any objections. Such requests are looked upon with disfavor. L.R. 144(d). Plaintiff does not explain why the requested extension could not be sought prior to the deadline or why the deadline could not be met.

Plaintiff indicates that the requested extension is necessary due to merit briefs due for the weeks of May 5 and May 12, 2025. However, there is no mention of briefs due for the weeks of May 19, May 26, or June 2, 2025.

Nonetheless, based on the parties' agreement, the Court will grant Plaintiff a two-week extension of time to file any objections to the pending Findings and Recommendations. Plaintiff's request for an extension of time is therefore GRANTED IN PART and DENIED IN PART. Plaintiff shall file any objections on or before **May 19, 2025**. As previously instructed, any such objections shall not exceed fifteen pages. (*See* Doc. 29.) All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **May 5, 2025**       /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE