UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS BAUTISTA VELASCO,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:20-cv-01022-DAD-FJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 20, 29) |

Plaintiff Jose De Jesus Bautista Velasco filed this appeal of defendant Commissioner of Social Security's final decision denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2025, the assigned magistrate judge issued the pending findings and recommendations, finding that substantial evidence supported the Administrative Law Judge's ("ALJ") October 22, 2019 decision denying plaintiff benefits under the Social Security Act, and recommending that plaintiff's motion for summary judgment be denied. (Doc. No. 29.) In so finding the magistrate judge considered and rejected plaintiff's arguments that the administrative law judge (ALJ) erred: (1) in the consideration of plaintiff's alleged knee impairment at step two of the sequential evaluation; (2) in evaluating the opinion evidence provided by two of plaintiff's

treating physicians; and (3) in discounting plaintiff's subjective testimony regarding the severity of his limitations. (*Id.* at 4-17). On May 19, 2025, plaintiff filed objections to the findings and recommendations. (Doc. No. 32.) On May 22, 2025, defendant responded to plaintiff's objections. (Doc. No. 34.)[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis. The undersigned concludes that plaintiff's objections do not provide any basis upon which the pending findings and recommendations should be rejected.

Accordingly,

1. The April 21, 2025 findings and recommendations (Doc. No. 29) are adopted;
2. Plaintiff's motion for summary judgment (Doc. No. 20) and appeal from the administrative decision of the Commissioner is denied;
3. The Commissioner's request to affirm the agency's decision is granted;
4. The Clerk of the Court is directed to enter judgment in favor of defendant Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes to the parties for its delay in issuing this order. This case was reassigned to the undersigned on April 3, 2024. (Doc. No. 28.) Unfortunately, due to an administrative oversight the undersigned was unaware that the findings and recommendations were pending and awaiting review until recently.